United States Bankruptcy Court
Eastern District of Pennsylvania

In re:   Case No. 16-10673-elf
Deborah A. Curtis   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2   User: PaulP   Page 1 of 2   Date Rcvd: Mar 29, 2017
                Form ID: pdf900   Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2017.
```
db             +Deborah A. Curtis,    1844 N. 77th Street,    Philadelphia, PA 19151-2003
13668704       +DSNB Macy's,    PO Box 17759,    Clearwater, FL 33762-0759
13747918        HSBC Bank USA, National Association,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
                 Salt Lake City, UT 84165-0250
13735121        Navient Solutions, Inc. on behalf of,    Department of Education Loan Services,    PO BOX 9635,
                 Wilkes-Barre, PA 18773-9635
13668711        Select Portfolio Servicing,    3815 Southwest Temple,    Salt Lake City, UT 84115
13668713       +TD Bank/Target Credit,    PO Box 673,    Minneapolis, MN 55440-0673
13668714       +US Department of Education,    2401 International,    PO Box 7859,    Madison, WI 53707-7859
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Mar 30 2017 02:08:19     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 30 2017 02:07:51
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 30 2017 02:08:14     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13674937        E-mail/Text: ally@ebn.phinsolutions.com Mar 30 2017 02:07:33     Ally Financial,
                 PO Box 130424,    Roseville MN 55113-0004
13668699        E-mail/Text: ally@ebn.phinsolutions.com Mar 30 2017 02:07:33     Ally Financial,
                 PO Box 380903,    Bloomington, MN 55438-0903
13747461        E-mail/Text: bankruptcy@phila.gov Mar 30 2017 02:08:19     City of Philadelphia,
                 Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13668700       +E-mail/Text: bankruptcy@cavps.com Mar 30 2017 02:08:11     Cavalry Investments, LLC,
                 500 Summit Lake Drive, Suite 400,    Valhalla, NY 10595-1340
13668701       +E-mail/Text: bankruptcy@phila.gov Mar 30 2017 02:08:19     City of Philadelphia,
                 Law Department, Enforecment Div.,    1515 Arch Street, 15th Fl.,    Philadelphia, PA 19102-1504
13668702       +E-mail/Text: bankruptcy_notifications@ccsusa.com Mar 30 2017 02:08:41
                 Credit Collection Services,    PO Box 9134,    Needham Heights, MA 02494-9134
13668703        E-mail/Text: creditonebknotifications@resurgent.com Mar 30 2017 02:07:36     Credit One Bank,
                 PO Box 98872,    Las Vegas, NV 89193-8872
13670265        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 30 2017 01:56:25
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13668706       +E-mail/Text: bankruptcydpt@mcmcg.com Mar 30 2017 02:08:04     Midland Funding, LLC,
                 8875 Aero Drive,    Suite 200,    San Diego, CA 92123-2255
13668707        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 30 2017 02:19:45
                 Portfolio Recovery Assoc.,    120 Corporate Blvd.,    Norfolk, VA 23502
13675971        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 30 2017 02:18:38
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13672063        E-mail/Text: bnc-quantum@quantum3group.com Mar 30 2017 02:07:45
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
13668708        E-mail/Text: bnc-quantum@quantum3group.com Mar 30 2017 02:07:45     Quantum3 Group, LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
13668710       +E-mail/PDF: pa_dc_claims@navient.com Mar 30 2017 01:57:24     Sallie Mae,    PO Box 9635,
                 Wilkes Barre, PA 18773-9635
13668712       +E-mail/PDF: gecsedi@recoverycorp.com Mar 30 2017 01:57:15     Sychrony Bank/Care Credit,
                 PO Box 965036,    Orlando, FL 32896-5036
                                                                                               TOTAL: 18

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Ally Financial, Inc.,    P.O. Box 130424,    Roseville, MN 55113-0004
13668709*       Quantum3 Group, LLC,    PO Box 788,    Kirkland, WA 98083-0788
13668705      ##+Great Plains Lending, LLC,    7490 HWY 177,    Red Rock, OK 74651-0399
                                                                                              TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2          User: PaulP            Page 2 of 2                  Date Rcvd: Mar 29, 2017
                              Form ID: pdf900        Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 29, 2017 at the address(es) listed below:
              DENISE ELIZABETH CARLON    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee,
               in trust for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series
               2006-NC3, Asset Backed Pass-Through Certificates bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee,
               in trust for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series
               2006-NC3, Asset Backed Pass-Through Certificates bkgroup@kmllawgroup.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing
               agent for HSBC Bank USA, National Association, as Trustee, in trust for the registered holders
               of ACE Securities Corp. Home Equity Loan Trust, Series 2006 mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              REGINA   COHEN    on behalf of Creditor    Ally Financial, Inc. rcohen@lavin-law.com,
               ksweeney@lavin-law.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
              ZACHARY   PERLICK    on behalf of Debtor Deborah A. Curtis Perlick@verizon.net,
               pireland1@verizon.net
                                                                                             TOTAL: 7
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DEBORAH A. CURTIS                                           Chapter 13

                    Debtor                    Bankruptcy No. 16-10673-ELF

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

    **AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

    **ORDERED**, that any wage orders are hereby vacated.

**Date: March 29, 2017**         _____
                                  Eric L. Frank
                                  ChiefBankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ZACHARY PERLICK, ESQ.
1420 WALNUT ST
SUITE 718
PHILADELPHIA, PA 19102-

Debtor:
DEBORAH A. CURTIS

1844 N. 77TH STREET

PHILADELPHIA, PA 19151-